UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TONY F. DRAUGHON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOCIAL SECURITY ADMINISTRATION, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:17-CV-183-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20]. In sum, defendant's motion to dismiss [D.E. 15] is GRANTED, and this action is DISMISSED without prejudice for failure to exhaust administrative remedies. The clerk shall close the case.

**This Judgment Filed and Entered on June 25, 2018, and Copies To:**
Tony F. Draughon
463 Beamon Woods Road
Clinton, NC 28328        (via CM/ECF electronic notification)
Lisa M. Rayo              (via CM/ECF electronic notification)


DATE:                                    PETER A. MOORE, JR., CLERK
June 25, 2018                    (By) /s/ Crystal Jenkins
                                                  Deputy Clerk